No. 90–6351.   IN RE BAUER.   Petition for writ of mandamus denied.

No. 90–6694.   IN RE SASSOWER.   Petition for writ of mandamus and/or prohibition denied.

No. 90–1141.   ARDESTANI v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 11th Cir.   Certiorari granted.

No. 90–747.   UNITED STATES DEPARTMENT OF STATE v. RAY ET AL.   C. A. 11th Cir.   Certiorari granted limited to Question 1 presented by the petition.

No. 90–913.   BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM v. MCORP FINANCIAL, INC., ET AL.; and

No. 90–914.   MCORP ET AL. v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM.   C. A. 5th Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 900 F. 2d 852.

No. 90–450.   JACKSON v. TEXAS.   Ct. App. Tex., 14th Dist. Certiorari denied.

No. 90–464.   BITUMINOUS COAL OPERATORS' ASSN., INC. v. UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION, BY RABBIT, TRUSTEE AD LITEM, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 90–785.   SIMON v. UNITED STATES;
No. 90–931.   BIAGGI v. UNITED STATES; and
No. 90–937.   BIAGGI v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Reported below: 909 F. 2d 662.

No. 90–803.   DOE v. GARRETT, SECRETARY OF THE NAVY, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90–825.   LYNN v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 90–853.   BANK OF BOULDER v. FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 10th Cir.   Certiorari denied.